1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  GERALYN GULSETH, CSBN 160872
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear St., Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8923
        Facsimile: (415) 744-0134
8       Email: Geralyn.Gulseth@ssa.gov
9  Attorneys for Defendant

10

11                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
12

13  LINDA GAYLE FARRELL,           )  No. 1:20-cv-01212-AWI-BAM
                                   )
14       Plaintiff,                )  **STIPULATION TO VOLUNTARY**
                                   )  **REMAND PURSUANT TO**
15                                 )  **SENTENCE FOUR OF 42 U.S.C.**
         v.                        )  **§ 405(g) AND TO ENTRY OF**
16                                 )  **JUDGMENT; PROPOSED ORDER**
17  ANDREW SAUL,                   )
    Commissioner of Social Security,)
18                                 )
         Defendant.                )
19                                 )
                                   )
20                                 )
                                   )
21  _____)

22       IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and

23  with the approval of the Court, that this action be remanded for further administrative

24  proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  On remand, the Appeals

25  Council will remand the case to an administrative law judge (ALJ) for a new decision.  The

26  Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not

27  limited to, all medical-source opinion evidence and prior administrative medical findings,

28

Stip. to Remand; 1:20-cv-1212-AWI-BAM
                                       -1-

reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 29, 2021        LAW OFFICES OF FRANCESCO PAULO BENAVIDES

By:  */s/ Franceso Benavides*
FRANCESCO BENAVIDES
*\* By email authorization on March 29, 2021*
Attorney for Plaintiff

Dated: March 29, 2021        PHILLIP A. TALBERT
United States Attorney

By:  */s/ Geralyn Gulseth*
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:  April 19, 2021                    _____
                                                             SENIOR DISTRICT JUDGE

Stip. to Remand; 1:20-cv-1212-AWI-BAM